IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  06-30033 |
| | ) | |
| ANTHONY ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION AND PRELIMINARY ORDER OF FORFEITURE**

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the Motion of the United States for a Preliminary Order of Forfeiture with Supporting Suggestions (d/e 17) (Motion), filed upon Defendant Anthony Adams' plea of guilty. Pursuant to the Motion, Adams' plea of guilty, 18 U.S.C. § 2253 and Rule 32.2 of the Federal Rules of Criminal Procedure, the Court finds as follows:

1.  The Indictment (d/e 6) in the above described cause sought the forfeiture of certain property of Defendant Anthony Adams namely: all visual depictions (child pornography) or other matter containing such visual depictions which were produced, transported, mailed, shipped, received or possessed as alleged in Counts 1, 2 and 3, all property, real and personal,

1

involved in the offense and property traceable to such property, or which represents the proceeds or gross profits of such illegal activity, including but not limited to video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, and specifically, the following:

(a) One Compaq central processing unit, Serial No. L387BQAMMJY3AU; and

(b) One E-Machine central processing unit, Serial No. JBKC3FXVJH9F8RCWJV139T63D13

The Indictment alleged that said property of the Defendant is property involved in the offenses or traceable to such property, or represents the proceeds or gross profits from the Defendant's commission of the offenses charged in the Indictment in violation of Title 18 U.S.C. § 2252A, and pursuant to 18 U.S.C. § 2253 is forfeited to the United States of America.

2.	The Indictment also provided for the forfeiture of substitute assets pursuant to 18 U.S.C. § 2253(o) in the event that any property could not be located as a result of any act or omission on the part of the Defendant.

3.	On October 24, 2006, the Defendant entered a plea of guilty to Counts 1, 2 and 3 of the Indictment charging violations of 18 U.S.C. § 2252A and to forfeit to the United States the above-described property.

THEREFORE, the Motion of the United States for a Preliminary Order of Forfeiture, With Supporting Suggestions (d/e 17) is ALLOWED. It is hereby ordered, adjudged and decreed:

A.	All right, title and interest in and to the following property is hereby forfeited to the United States of America:

(1)	One Compaq central processing unit, Serial No. L387BQAMMJY3AU; and

(2)	One E-Machine central processing unit, Serial No. JBKC3FXVJH9F8RCWJV139T63D13

and the United States Marshal is hereby authorized to seize said property for disposition in accordance with law subject to the provisions of 18 U.S.C. § 2253(g).

B. The above mentioned property is to be held by the United States Marshal's Service, Central District of Illinois, until further order of this Court.

C. Pursuant to 18 U.S.C. § 2253(m), the United States forthwith shall publish at least once a week for three successive weeks in a newspaper of general circulation, notice of this order, notice of the United States Marshal's intent to dispose of the property in such a manner as the Attorney General may direct and notice that any person, other than the Defendant, having or claiming a legal interest in the above, must file a petition with this Court within thirty (30) days of the final publication of notice or receipt of actual notice, whichever is earlier.

This notice shall state that the petition is for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the

properties that are the subject of this Order, as a substitute for published notice as to those persons notified.

    D.    Upon adjudication of all third-party interest, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §2253.

IT IS THEREFORE SO ORDERED.

ENTER:  November 15, 2006.

    FOR THE COURT:

                      s/ Jeanne E. Scott
                      JEANNE E. SCOTT
                      UNITED STATES DISTRICT JUDGE