**E-FILED**
Monday, 12 February, 2007  09:09:29 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  06-30033 |
| | ) | |
| ANTHONY ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION AND FINAL ORDER OF FORFEITURE**

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the Motion of the United States for a Final Order of Forfeiture with Supporting Suggestions (d/e 20). On November 15, 2006, this Court entered an Opinion and Preliminary Order of Forfeiture and Seizure (d/e 18), pursuant to the provisions of 18 U.S.C. § 2253, based upon Defendant Anthony Adams' plea and stipulation to the conduct which forms the basis of the forfeiture count of the Information.

On November 22, 29 and December 6, 2006, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance

with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.  Certificate of Publication (d/e 19). The Court has been advised that no petitions or claims have been filed.

THEREFORE, the Motion of the United States for a Final Order of Forfeiture with Supporting Suggestions (d/e 20) is ALLOWED. Accordingly, it is hereby ordered, adjudged and decreed:

A.    All right, title and interest in the following property is hereby forfeited to the United States:

(1)  One Compaq central processing unit, Serial No. L387BQAMMJY3AU; and

(2)  One E-Machine central processing unit, Serial No. JBKC3FXVJH9F8RCWJV139T63D13.

B.    The United States Marshal's Service, or its agents or representatives, is hereby authorized to dispose of said property in accordance with law.

C.    All costs associated with this forfeiture are the full responsibility of the United States and shall not be assessed to any other law enforcement agency participating in the Equitable Sharing Program.

2

IT IS THEREFORE SO ORDERED.

ENTER:   February 8, 2007.

FOR THE COURT:

<u>          s/  Jeanne E. Scott          </u>
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE